```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10610
   LEOBARDO GONZALEZ
   MARIA I GONZALEZ                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-8238      SSN XXX-XX-1661


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the adminstration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 06/14/07 .

      2.  The case was dismissed without confirmation, 10/26/2007.

      3.  The Debtor paid a total of $   1212.69 .


---------------------------------------------------------------------------
 CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------
 HOMEQ SERVICING CORP       CURRENT MORTG          .00            .00           .00
 HOMEQ SERVICING CORP       MORTGAGE ARRE   NOT FILED            .00           .00
 HSBC MORTGAGE SERVICES     SECURED              .00            .00           .00
 HSBC MORTGAGE SERVICES     MORTGAGE ARRE   NOT FILED            .00           .00
 CONSUMER FINANCIAL SERVI   SECURED VEHIC   NOT FILED            .00           .00
 LAKE COUNTY COLLECTOR      SECURED         NOT FILED            .00           .00
 AAMS LLC                   UNSECURED       NOT FILED            .00           .00
 CITIBANK                   UNSECURED       NOT FILED            .00           .00
 DAIMLER CHRYSLER FINANCI   UNSECURED       NOT FILED            .00           .00
 COLUMBIA HOUSE             UNSECURED       NOT FILED            .00           .00
 COMED                      UNSECURED       NOT FILED            .00           .00
 COMPUTER CREDIT            UNSECURED       NOT FILED            .00           .00
 GE MONEY BANK              UNSECURED       NOT FILED            .00           .00
 JC PENNEY                  UNSECURED       NOT FILED            .00           .00
 LAKE COUNTY PUBLIC WORKS   UNSECURED       NOT FILED            .00           .00
 MARATHON OIL               UNSECURED       NOT FILED            .00           .00
 MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00           .00
 MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00           .00
 MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED            .00           .00
 MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED            .00           .00
---------------------------------------------------------------------------
 CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------
 MUNDELEIN PEDIATRICS       UNSECURED       NOT FILED            .00           .00
 NICOR GAS                  UNSECURED       NOT FILED            .00           .00
 PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED            .00           .00
 RISK MANAGEMENT ALTERNAT   UNSECURED       NOT FILED            .00           .00
 SBC AMERITECH              UNSECURED       NOT FILED            .00           .00
 SPRINT                     UNSECURED       NOT FILED            .00           .00
 TARGET                     UNSECURED       NOT FILED            .00           .00
 TARGET                     UNSECURED       NOT FILED            .00           .00
          Summary of disbursements:
```

```
                        SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00          .00          .00           .00
PRINCIPAL PAID              .00          .00          .00          .00           .00
INTEREST PAID               .00          .00          .00          .00           .00
TOTAL PAID                  .00          .00          .00          .00           .00
```
The Debtor's attorney, ROBERT V SCHALLER         , was allowed $    500.00
and was paid $    500.00   direct and $        .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $   1212.69 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/24/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE    2
         CASE NO. 07 B 10610 LEOBARDO GONZALEZ & MARIA I GONZALEZ